UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CATHLEEN MURPHY,

    Plaintiff,

    v.

CALIFORNIA PHYSICIANS SERVICE, et al.,

    Defendants.

Case No. 14-cv-02581-PJH

**ORDER SCHEDULING TELEPHONIC CASE MANAGEMENT CONFERENCE**

One or more of the parties has requested to appear telephonically at the Case Management Conference ("CMC") scheduled for July 30, 2015 at 2:00 p.m. The courtroom is not equipped for telephonic appearances, but the court will conduct a conference in chambers with **all** parties appearing telephonically before the regular CMC calendar. The conference will occur on July 30, 2015, 1:45 p.m**.** The party/attorney requesting a telephonic appearance shall initiate the call to all parties and to the court at (510) 637-1291.

**IT IS SO ORDERED.**

Dated: 7/27/2015

                                     **Phyllis J. Hamilton**
                                     **United States District Judge**